UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL No. CR 12-195-EMC |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| AMIR ZAVIEH, a/k/a Allen Zavieh | ) | |
| Defendant. | ) | |

Good cause appearing therefore, IT IS ORDERED that this matter be continued until November 14, 2012, and that time under the Speedy Trial Act be excluded until that date because the ends of justice outweigh the best interest of the public and the defendant in a speedy trial, for effective preparation of defense counsel, taking into account the exercise of due diligence, and for continuity of defense counsel. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATE: September 17, 2012

EDWARD CHEN
UNITED STATES

IT IS SO ORDERED
Judge Edward M. Chen